IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-72-2M

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| SHIKEVEON JAQUAN DAVIS, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Terminate Special Conditions [DE-133]. Assistant United States Attorney Nick J. Miller and United States Probation Officer Peter Yalango have no objection to this Motion.

For good cause shown, Defendant's Motion is GRANTED. The special condition of home detention with electronic monitoring shall be TERMINATED from Defendant's Judgment [DE-130] entered by this court on May 17, 2021.

SO ORDERED this 19th day of September, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE