IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-cr-00072-M-2

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHIKEVEON JAQUAN DAVIS,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's unopposed motion for early termination of probation [DE 135]. For good cause shown, the motion is GRANTED. Defendant's term of probation is hereby terminated.

SO ORDERED this 22d day of June, 2023.

*RICHARD E. MYERS II*
CHIEF UNITED STATES DISTRICT JUDGE